AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 3:21-mj-00305 | Date and time warrant executed: 08/12/21 4:23 AM | Copy of warrant and inventory left with: Kymberly Mehaffie |
|---|---|---|

Inventory made in the presence of: Kymberly Mehaffie

Inventory of the property taken and name(s) of any person(s) seized:

Please see attached FD 597 Receipt of Property Dated August 12, 2021.

Nothing follows

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/12/21

*Executing officer's signature*

Corey Snitchler, Special Agent
*Printed name and title*

FD-597 (Rev. 4-13-2015)　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: CI-3408009

On (date): August 12, 2021

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): _____
(Street Address): 10 Dewey Dr
(City): Kettering, OH 45420

Description of Item(s):
1- Google Pixel 2XL cellular telephone, MEID 35803408139551,
2- Samsung Galaxy S21 Ultra 5G cellular telephone, IMEI: 359276662360895 (and case)
3- Blue/grey ear buds
4- Headphones

*Nothing Follows*

Received By: (Signature) C. Snitzler
Printed Name/Title: Corey Snitzler

Received From: (Signature) K. Bennett
Printed Name/Title: Ryan M Chaffee